AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

*FOR THE* DISTRICT OF *RHODE ISLAND*

***THE NARRAGANSETT ELECTRIC COMPANY***

V.

***TRANSCANADA POWER MARKETING LTD.***

## SUMMONS IN A CIVIL CASE

CASE NUMBER: ***05-*** 2345

TO: (Name and address of defendant)

TRANSCANADA POWER MARKETING LTD
***c/o CT Corporation Systems***
***101 Federal Street***
***Boston, MA 02110***

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Gerald J. Petros (#2931)***
***Hinckley, Allen & Snyder LLP***
***1500 Fleet Center***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within ***20*** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 5/26/05

(BY) DEPUTY CLERK