AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Services of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

FILED
2005 JUN -1 P 3:50
DISTRICT COURT
RHODE ISLAND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
*Date* *Signature of Server*

______________________
*Address of Server*

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 27, 2005
I hereby certify and return that on 5/27/2005 at 10:45AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to G.Brown, agent and person in charge at the time of service for Transcanada Power Marketing LTD, at , 101 Federal Street, CT Corporation Systems Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

*Deputy Sheriff*

...Rules of Civil Procedure.