UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. ~~04-234-S~~ 05-234S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRANSCANADA POWER MARKETING LTD.

Defendant TransCanada Power Marketing Ltd. hereby states that it is a wholly owned subsidiary of TransCanada Pipeline USA Ltd.

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Dated: June 16, 2005

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

*Pro Hac Vice Pending*

Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000
(617) 248 4000 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 16th day of June, 2005, I caused a true copy of the within document to be sent via hand delivery, to Gerald J. Petros, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.

Cynthia Dragon