UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-234-S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | |

## ENTRY OF APPEARANCE

Now comes Kristin E. Rodgers and hereby enters her appearance on behalf of Defendant, TransCanada Power Marketing, Ltd.

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Kristin E. Rodgers

Dated: June 16, 2005

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of June, 2005, I caused a true copy of the within Entry of Appearance to be sent via hand delivery, to Gerald J. Petros, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.

Cynthia Dragon