UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCANADA POWER MARKETING LTD.,<br><br>Defendant. | C.A. No. 05-234 |

**AFFIDAVIT OF WILLIAM TAYLOR**

I, William Taylor, herby depose and state as follows:

1. I am Vice President of TransCanada Power Marketing Ltd. ("TransCanada"), located at 110 Turnpike Road, Westborough, Worcester County, Massachusetts. I have held that position since early 1998. I currently reside in Westborough, Massachusetts. I have reviewed Narragansett's Complaint in this action (the "RI Complaint"), and am also familiar with TransCanada's earlier Complaint filed in the District Court of Massachusetts (the "MA Complaint").

2. TransCanada is a power marketing company with a principal place of business in Westborough, Worcester County, Massachusetts. TransCanada purchases electricity from generation sources, such as power plants, and resells the electricity to retail electric distribution companies and other customers.

3. TransCanada's primary office is in Westborough, Worcester County, Massachusetts. Several TransCanada officers are also located in Calgary, Alberta. TransCanada

has no offices or employees in Rhode Island, although certain of TransCanada's accounting functions are performed at an administrative facility at the Ocean State Power (OSP) generation site in Burrillville, Rhode Island. The administrative facility and OSP site are owned by, and perform functions for, a number of TransCanada's affiliates.

4. Although Narragansett's principal office is in Providence, Rhode Island, its customer service office is in Northborough, Worcester County, Massachusetts. Narragansett's customer service office in Northborough, Massachusetts is indicated on Narragansett's website at http://www.nationalgridus.com/narragansett/contact_mail.asp, under "contact by mail." (See Ex. 1 hereto).

5. Narragansett's service agent (which Narragansett calls its "power supply manager" or "representative" in paragraphs 16-17 of its RI Complaint) is the National Grid USA Service Company ("National Grid SC"), which is also located in Northborough, Massachusetts. It is my understanding that Narragansett is owned by National Grid USA, a Massachusetts-based public utility holding company with primary offices in Westborough, Massachusetts.

6. On April 7, 1998, TransCanada entered into a Wholesale Standard Offer Services Agreement (the "WSOS Agreement") with Blackstone Valley Electric Company ("Blackstone"), Newport Electric Company ("Newport") and Eastern Edison Company ("Eastern"). Upon information and belief, Blackstone, Newport and Eastern (collectively, the "EUA Companies") were at the time all wholly-owned subsidiaries of EUA Utilities Associates ("EUA"), a Massachusetts-based public utility holding company.

7. The WSOS Agreement was part of a larger Asset Purchase Agreement between TransCanada and Montaup Electric Company ("Montaup"), another EUA affiliate located in Massachusetts.

drive from both Northborough and Westborough, Massachusetts.

Signed under the pains and penalties of perjury this 15th day of June, 2005.

William Taylor

6/15/05

RICHARD P. SCHULER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 7, 2006