UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-234-S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | |

**DEFENDANT TRANSCANADA POWER MARKETING LTD.'S MOTION FOR LEAVE TO FILE EXHIBITS IN EXCESS OF PAGE LIMITS**

Defendant TransCanada Power Marketing, Ltd. moves this Court for leave to file exhibits in excess of the number of pages permitted pursuant to Amended General Order #2002-01. In support hereof, TransCanada states that three exhibits are pertinent to the consideration of its Motion to Dismiss Or, In The Alternative, To Stay The Action Or Transfer Venue To The District of Massachusetts, as well as three exhibits that further support an Affidavit filed in connection therewith. These exhibits number approximately 70 pages, and include pleadings from a Massachusetts action between these parties which are essential to the consideration of TransCanada's pending motion.

WHEREFORE, Defendant TransCanada Power Marketing, Ltd respectfully requests permission to file exhibits in excess of five (5) pages.

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Dated: June 17, 2005

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 17th day of June, 2005, I caused a true copy of the within Motion to be sent via hand delivery, to Gerald J. Petros, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.