UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCANADA POWER MARKETING LTD.,<br><br>Defendant. | : | C.A. No. 05-234S |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff, The Narragansett Electric Company ("Narragansett"), and Defendant, TransCanada Power Marketing Ltd. ("TransCanada"), by their undersigned counsel, hereby stipulate and agree that the time within which Narragansett must file its opposition to TransCanada's Motion to Dismiss or, in the Alternative, to Stay the Action or Transfer Venue is extended to, and including, **Friday, July 8, 2005,** and respectfully request that the Court grant this stipulated extension of time.

Respectfully submitted,

THE NARRAGANSETT ELECTRIC COMPANY

Gerald J. Petros

Gerald J. Petros, Esq. (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

TRANSCANADA POWER MARKETING LTD.

Kristin E. Rodgers

Kristin E. Rodgers (#4842)
BLISH & CAVANAGH LLP
Commerce Center
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (FAX)

Dated: June 29, 2005

ENTER WES
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/8/05

#665173v1