Narragansett Electric
A **National Grid** Company




NECO ST Map © 2003 National Grid

**CERTIFICATION**

To:

Kristin E. Rodgers
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I certify that I mailed a true and accurate copy of the Affidavit of Michael J. Hager to counsel of record, as stated above, on July 8, 2005.

Cynthia Lomas