UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE NARRAGANSETT ELECTRIC COMPANY
Plaintiff,

v. C.A. No. 05-234-S

TRANSCANADA POWER MARKETING LTD.
Defendant.

**APPENDIX IN SUPPORT OF DEFENDANT TRANSCANADA POWER MARKETING LTD.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THE ACTION OR TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS**

In accordance with this Court's granting of Defendant TransCanada Power Marketing, Ltd's ("TransCanada") Motion for Leave to File Exhibits in Excess of Page Limits, TransCanada submits the following Appendix in support of its previously filed Motion to Dismiss Or, In the Alternative, To Stay the Action Or Transfer Venue to the District of Massachusetts.

Exhibit 1 Complaint, The Narragansett Electirc Company v. TransCanada Power Marketing, Ltd., C.A. No. 05-234-S, United States District Court for the District of Rhode Island

Exhibit 2 Answer and Counterclaim of The Narragansett Electric Company, TransCanada Power Marketing, Ltd v. The Narragansett Electric Company., C.A. No. 05-40076FDS, United States District Court for the District of Massachusetts (Central Division)

Exhibit 3 Summons and Return of Service,TransCanada Power Marketing, Ltd v. The Narragansett Electric Company., C.A. No. 05-40076FDS, United States District Court for the District of Massachusetts (Central Division)

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 23rd day of June, 2005, I caused a true copy of the within Appendix to be sent via hand delivery, to Gerald J. Petros, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.