# Exhibit 3

5-19 plaintiff sciences 1 and ant

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

(Central Division) District of Massachusetts

TransCanada Power Marketing Ltd.

V.

Narragansett Electric Company

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

05-40076

TO: (Name and address of Defendant)

Narragansett Electric Company
280 Melrose Street
Providence, RI 02901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel C. Winston
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

5/17/05

DATE

Sherry Jones

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE May 19, 2005 |
|---|---|
| NAME OF SERVER BRIAN DOYLE | TITLE Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

______________________________ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

______________________________

Said service was made at: ______________________________ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to MS. JOANNE SCANLON, ADMINISTRATIVE ASSISTANT AND

Duly Authorized Agent for the within-named NARRAGANSETT ELECTRIC COMPANY

Said service was made at:

280 MELROSE STREET, PROVIDENCE, RHODE ISLAND ~~, MASSACHUSETTS~~

## STATEMENT OF SERVICE FEES

SERVICE FEE $ 77.00 ______ Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 19, 2005
Date

Brian Doyle
Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | TOTAL | $ ______ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.