SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE NARRAGANSETT ELECTRIC COMPANY
Plaintiff,

v. : C.A. No. 05-234-S

TRANSCANADA POWER MARKETING LTD.
Defendant.

RECEIVED JUN 23 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**APPENDIX IN SUPPORT OF AFFIDAVIT OF WILLIAM TAYLOR**

In accordance with this Court's granting of Defendant TransCanada Power Marketing, Ltd's ("TransCanada") Motion for Leave to File Exhibits in Excess of Page Limits, TransCanada submits the following Appendix in support of its previously filed Affidavit of William Taylor.

| | |
|---|---|
| Exhibit 1 | Narragansett Electric Company Customer Service Address |
| Exhibit 2 | May 28, 2003 Hearing, In Re Narragansett Electric Company Standard Offer Rate Tariff Filing, Docket No. 3508, Rhode Island Public Utilities Commission |
| Exhibit 3 | March 1, 2005 Letter from Michael Hackey, TransCanada, to Michael J. Hager, New England Power Service Company |

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of June, 2005, I caused a true copy of the within Appendix to be sent via hand delivery, to Gerald J. Petros, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.