# Exhibit 1

Narragansett Electric
A National Grid Company

Home About Us Safety FAQ Contact Us
Your Account For Your Home For Your Business

## Contact Us

Before you email us, please visit our FAQ section or check to see if your question could be answered by the links below:

- What payment programs do you have?
- What is DirectPay?
- What is the Budget Plan?

View FAQs by Topic
Select Topic

By Email | By Telephone | By Mail | Business Services Office

Narragansett Electric Company
Customer Service Center
PO Box 960
Northborough MA 01532-0960

Privacy Policy
© 2005 National Grid