# Exhibit 3

TransCanada
*In business to deliver™*

March 1, 2005

Mr. Michael J. Hager
Standard Offer Portfolio Manager
New England Power Service Company
55 Bearfoot Road
Northboro, MA 01532

Re: Wholesale Standard Offer Service Agreement between Blackstone Valley Electric Company ("Blackstone"), Eastern Edison Company ("Eastern"), Newport Electric Company ("Newport") and TransCanada Power Marketing Ltd. ("TCPM") dated April 7, 1998 (the "Agreement")

Dear Mr. Hager:

I am writing to provide notice of default under Article 7(1)(b) of the above-referenced Agreement, based upon The Narragansett Electric Company's ("Narragansett's") failure to comply with Article V of the Agreement. Specifically, Narragansett has refused to include the required Fuel Adjustment Factor in its price calculations, and to comply with its obligations under Article V before the Rhode Island Public Utilities Commission with respect to its Standard Offer Service tariffs.

As you know, Narragansett's failure to cure or rectify a noticed default within thirty (30) days shall be deemed an Event of Default under Agreement Article 7.

Sincerely,

Michael Hachey

MH/DCW/slw:3837458

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3240 |
| CONNECTION TEL | 15084217335 |
| CONNECTION ID | |
| ST. TIME | 03/01 16:04 |
| USAGE T | 00'27 |
| PGS. SENT | 2 |
| RESULT | OK |

TransCanada
*In business to deliver*

# fax

date 3/1/05
attention Michael Hager
company NEPSCo
fax no. 508-421-7335
cc

from Mike Hachey
phone 508-871-1852
fax
email
no. of pages 2 (including this page)

TransCanada Power Marketing Ltd
110 Turnpike Road - Suite 203
Westborough, MA 01581

**tel** 508-871-1850
**fax** 508-898-0433
**web** www.transcanada.com