UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-234S |
| TRANSCANADA POWER MARKETING LTD., | : | **Special Attention Requested** **D.R.I. Loc. R. 11(c)** |
| Defendant. | : | |

**UNOPPOSED MOTION FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01 TO EXCEED PAGE LIMITATIONS FOR FILING OF EXHIBITS**

Plaintiff, The Narragansett Electric Company ("Narragansett"), moves for leave to file exhibits in support of its opposition to Defendant's motion to dismiss, stay, or transfer that exceed the page limitations set forth in Amended General Order #2002-01. Plaintiff's counsel has informed Defendant's counsel of this Motion, and Defendant has no objection.

In support of this Motion, Narragansett states that to rule on Defendant's motion to dismiss, stay, or transfer, the Court should review certain correspondence to and from the Rhode Island Public Utilities Commission ("RIPUC"), an RIPUC Report and Order, and a PPA Transfer Agreement. The exhibits total 28 pages. To ensure complete treatment of the issues presented, Narragansett seeks leave to file exhibits in excess of the page limitations set forth in the Amended General Order.

GRANTED
William E. Smith
U.S. District Judge
7/11/05