UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

v.

TRANSCANADA POWER MARKETING LTD.,

Defendant.

C.A. No. 05-234S

RECEIVED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**APPENDIX IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER**

As the Court has granted Plaintiff's Unopposed Motion for Leave From Amended General Order #2002-01 to Exceed Page Limitations for Filing of Exhibits, Plaintiff submits this Appendix in support of its previously filed Opposition to Defendant's Motion to Dismiss, Stay, or Transfer.

CONTENTS

Exhibit A July 10, 1998 Report and Order of the Rhode Island Public Utilities Commission ("RIPUC")

Exhibit B April 6, 2005 Letter from the RIPUC to Michael E. Hachey of TransCanada Power Marketing Ltd.

Exhibit C April 4, 2005 Letter from Michael E. Hachey of TransCanada Power Marketing Ltd. to Cynthia Wilson of the RIPUC

Exhibit D PPA Transfer Agreement

THE NARRAGANSETT ELECTRIC COMPANY
By its Attorney,

Gerald J. Petros (AMP)

Gerald J. Petros, Esq. (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: July 12, 2005.

**CERTIFICATION**

To:

Kristin E. Rodgers
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I certify that I mailed a true and accurate copy of this Appendix to counsel of record, as stated above, on July 12, 2005.

Cynthia Lomas

666472v1