RECEIVED
2005 APR -5 PM 12:38
PUBLIC UTILITIES COMMISSION

TransCanada
*In business to deliver* ™

TransCanada Power Marketing Ltd.
110 Turnpike Road - Suite 203
Westborough, MA 01581-2863

tel (508) 871-1852
fax (508) 898-0433
e-mail mike_hachey@transcanada.com

April 4, 2005

Ms. Cynthia Wilson
Senior Legal Counsel
Rhode Island Public Utilities Commission
89 Jefferson Boulevard
Warwick, Rhode Island 02888

**RE: TransCanada Power Marketing Ltd.'s Wholesale Standard Offer Service Agreement with Narragansett Electric Company**

Dear Ms. Wilson,

I received your telephone message, and am disappointed that neither the Commission nor its staff has elected to meet with TransCanada concerning the fuel adjustment provision of TransCanada's Wholesale Standard Offer Service Agreement with Narragansett Electric Company.

As you know, TransCanada has not been party to the previous hearings at the PUC at which Narragansett has testified about that subject. In fact, we were completely unaware of Narragansett's intent to terminate the fuel adjustment until payment for the month of January, 2005 was due. We had wanted to inform you of our position, advise you as to possible outcomes and alert you to potential impacts on rate payers. Included in these possible outcomes is the scenario where we terminate our contract with National Grid. We believed this discussion would have provided useful background, as we were seeking no formal action by the Commission.

Please let me know if you have any questions on this matter in the future.

Sincerely,

Michael E. Hachey
Director, Power Marketing