UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-234-S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | |

**DEFENDANT TRANSCANADA POWER MARKETING LTD.'S UNOPPOSED MOTION FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01 TO EXCEED PAGE LIMITATIONS FOR FILING OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant, Transcanada Power Marketing Ltd. ("Transcanada"), hereby moves for leave to file a reply to Plaintiff's opposition to Transcanada's Motion to Dismiss or, in the Alternative, to Stay the Action or Transfer Venue that exceeds the page limitations set forth in Amended General Order #2002-01. Transcanada's counsel has informed Plaintiff's counsel of this Motion, and Plaintiff has no objection.

In support of this Motion, Transcanada states that the filing of a reply brief of twelve (12) pages will ensure that Transcanada can completely address factual inaccuracies in Plaintiff's opposition and fully respond to new case law and legal arguments. For these reasons, Transcanada seeks leave to file a reply brief in excess of the page limitations set forth in Amended General Order #2002-01.

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Mary C. Dunn

Kristin E. Rodgers #4842
Mary Cavanagh Dunn #6712
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: July 21, 2005

*Pro Hac Vice Pending*

Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000
(617) 248 4000 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of July, 2005, I caused a true copy of the within document to be sent via hand delivery, to Gerald J. Petros, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903.