UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCANADA POWER MARKETING LTD.,<br><br>Defendant. | : | C.A. No. 05-234S<br><br>**Special Attention Requested**<br>**D.R.I. Loc. R. 11(c)** |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff, The Narragansett Electric Company ("Narragansett"), intends to file a Motion for Leave to file a Supplemental Affidavit in support of its opposition to the pending Motion to Dismiss which is scheduled for hearing on September 9, 2005. The Motion for Leave attaches the Supplemental Affidavit which has approximately 10 pages of exhibits. Therefore, Narragansett seeks permission to exceed the five page limit.

THE NARRAGANSETT ELECTRIC COMPANY

By its Attorney,

Gerald J. Petros, Esq. (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: September 2, 2005.

# CERTIFICATION

To:

Kristin E. Rodgers
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I hereby certify that I mailed a copy of within to counsel listed above on this 2 day of September, 2005.

Cynthia Lomas

673385v1
(57972/125607)