UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE NARRAGANSETT ELECTRIC COMPANY,

Plaintiff,

v.

TRANSCANADA POWER MARKETING LTD.,

Defendant.

C.A. No. 05-234S

**Special Attention Requested**
**D.R.I. Loc. R. 11(c)**

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff, The Narragansett Electric Company ("Narragansett"), intends to file a Motion for Leave to file a Supplemental Affidavit in support of its opposition to the pending Motion to Dismiss which is scheduled for hearing on September 9, 2005. The Motion for Leave attaches the Supplemental Affidavit which has approximately 10 pages of exhibits. Therefore, Narragansett seeks permission to exceed the five page limit.

THE NARRAGANSETT ELECTRIC COMPANY

By its Attorney,

Granted
WMS
9/2/05

Gerald J. Petros, Esq. (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: September 2, 2005.