UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-234-S |
| TRANSCANADA POWER MARKETING, LTD.<br>Defendant. | : | |

MOTION FOR ENTRY OF APPEARANCE
*PRO HAC VICE*

Defendant TransCanada Power Marketing, Ltd. hereby moves that WENDY PLOTKIN, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☐ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes:

☒ *Pro hac vice* counsel's long-standing representation of the client, TransCanada Power Marketing, Ltd.

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765

(401) 831-8900
FAX (401) 751-7542

☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

☐ Other:______________________________

By: ______________________________
Attorney for Defendant

Kristin E. Rodgers #4842
Mary C. Dunn #6712
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

Dated: September 6, 2005

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. I hereby certify that I am a member in good standing of the bars of: the State(s) of Massachusetts and the United States District Court for the District of Massachusetts and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local associate counsel identified below, and have read Local Rule 5, acknowledged, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

*******************************************************************************

I certify that I have read and join in the foregoing Motion, and I acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Wendy Plotkin, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000
(617) 248-4000 (fax)

Kristin E. Rodgers #4842
Mary Cavanagh Dunn#6712
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

ORDER: This Motion is hereby ____________________

______________________________
United States District Judge

Date: ________________

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 6th day of September, 2005, I caused a true copy of the within Motion for Entry of Appearance Pro Hac Vice to be sent via hand delivery to Gerald J. Petros, Esq., Hinckley Allen & Snyder, 1500 Fleet, Providence, RI 02903.

[signature]