UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff, | : | |
| v. | : | C.A. No. 05-234S |
| TRANSCANADA POWER MARKETING LTD.,<br><br>Defendant. | : | **Special Attention Requested**<br>**D.R.I. Loc. R. 11(c)** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL AFFIDAVIT**

Plaintiff, The Narragansett Electric Company ("Narragansett"), hereby moves for leave to file a supplemental affidavit in support of its opposition to the motion to dismiss, stay, or transfer of Defendant, TransCanada Power Marketing Ltd. Specifically, Narragansett moves to file the Supplemental Affidavit of Michael J. Hager. In support of its motion, Narragansett relies on the memorandum of law and exhibit submitted herewith.

THE NARRAGANSETT ELECTRIC COMPANY

By its Attorney,

Gerald J. Petros, Esq. (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: September 6, 2005.

**CERTIFICATION**

To:

Kristin E. Rodgers
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I hereby certify that I mailed a copy of Plaintiff's Motion for Leave to File a Supplemental Affidavit to counsel listed above on this 6th day of September, 2005.

Cynthia Lomas

673366v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-234S |
| TRANSCANADA POWER MARKETING LTD., | : | **Special Attention Requested D.R.I. Loc. R. 11(c)** |
| Defendant. | : | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SUPPLEMENTAL AFFIDAVIT**

Plaintiff, The Narragansett Electric Company ("Narragansett"), moves for leave to file a supplemental affidavit in support of its opposition to the motion to dismiss, stay, or transfer of Defendant, TransCanada Power Marketing Ltd. ("TransCanada"). Specifically, Narragansett moves to file the Supplemental Affidavit of Michael J. Hager, which is attached as Exhibit 1.

In support of this motion, Narragansett states that on May 26, 2005, it filed this lawsuit against TransCanada. About a week before Narragansett filed this lawsuit, TransCanada filed a parallel action in federal court in Massachusetts. On June 16, 2005, TransCanada filed a motion to dismiss, stay, or transfer this lawsuit to Massachusetts. Narragansett filed an opposition to TransCanada's motion on July 8, 2005, arguing, inter alia, that the first-filed rule does not apply to TransCanada's Massachusetts lawsuit because TransCanada raced to the courthouse amidst productive and ongoing settlement negotiations with Narragansett and in spite of the nearly-complete detailed arbitration agreement negotiated between the parties. On July 25, 2005, TransCanada filed a reply

memorandum in which it contends that settlement negotiations and the finalization of the arbitration agreement both had failed when it filed suit against Narragansett. TransCanada's contentions are factually inaccurate and are not supported by an affidavit or other affirmative evidence.

Narragansett seeks leave to file its Supplemental Affidavit so this Court has before it a proper and accurate understanding of the facts and circumstances: one that is based upon a sworn statement of the facts and supported by affirmative evidence. The Supplemental Affidavit confirms that the parties indeed were in the final stages of negotiating an arbitration agreement and were in the midst of productive settlement negotiations when TransCanada filed the Massachusetts action to secure its preferred venue. For this reason, Narragansett respectfully requests that this Court grant its Motion for Leave to File a Supplemental Affidavit.

THE NARRAGANSETT ELECTRIC COMPANY

By its Attorney,

Gerald J. Petros, Esq. (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: September 6, 2005.

**CERTIFICATION**

To:

Kristin E. Rodgers
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I hereby certify that I mailed a copy of Plaintiff's Memorandum of Law in Support of its Motion for Leave to File a Supplemental Affidavit to counsel listed above on this 6th day of September, 2005.

Cynthia Lomas

673315v3