## Kavanah, Gloria

**From:** Winston, Daniel C. [DWinston@choate.com]
**Sent:** Wednesday, April 20, 2005 5:08 PM
**To:** Kavanah, Gloria
**Subject:** Meetings

Gloria:

This will confirm a meeting here at Choate at 10:00 am (building across street from Wilmer Hale). You have to go to the visitor desk and give my name and they will send you up. I put you, Mike Hager, and Tom Robinson on the guest list. Let me know if those names change.

Mike and I are both free Monday morning to meet in Rhode Island. Let me know.

Dan Winston
Choate, Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-4049 (direct dial)
(617) 248-4000 (fax)

---

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at www.choate.com

---