**Kavanah, Gloria**

**From:** Kavanah, Gloria
**Sent:** Wednesday, April 20, 2005 5:38 PM
**To:** Robinson, Thomas G.; Gerwatowski, Ronald T.; Gavilondo, Carlos; Reilly, Lawrence J.; LaFleur, Cheryl A.; Hager, Michael; Olton, Laura; Sherman, John F.
**Cc:** Tervo, Judith A.
**Subject:** TransCanada On Board

PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT COMMUNICATION

TransCanada is on board with our proposal. Dan Winston said if things are not moving forward productively by mid-week next week, they want to move forward with the arbitration agreement.

For a pre-meeting, they want a limited number of folks to meet this Friday morning at 10:00 a.m. in Boston before our Court hearing. For TransCanada, it will be just Winston and Mike Hachey. After discussion with Tom Robinson, we worked out the group of Tom, Mike Hager and me. If you propose otherwise, let us know

I told him that on Thursday Laura will confirm the Division and AG's availability for Monday ~~morning~~.