**Kavanah, Gloria**

**From:** Winston, Daniel C. [DWinston@choate.com]
**Sent:** Monday, April 25, 2005 6:04 PM
**To:** Kavanah, Gloria
**Subject:** TC/Grid: SOSFA

Gloria:

Based on our discussions down at the PUC today, which I assume you have been debriefed on, TransCanada would be willing to hold off further negotiation on the arbitration agreement through the end of this week to see how things progress. Assuming you are agreeable to that extension, let's revisit on Monday.

Dan.

---

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at www.choate.com

---