**Kavanah, Gloria**

| | |
|---|---|
| **From:** | Robinson, Thomas G. |
| **Sent:** | Wednesday, April 27, 2005 3:13 PM |
| **To:** | Reilly, Lawrence J.; LaFleur, Cheryl A.; McLaren, Robert H.; Olton, Laura; Ryan, Michael; Kavanah, Gloria; Sherman, John F.; Gavilondo, Carlos |
| **Cc:** | Hager, Michael; Gerwatowski, Ronald T.; Cochrane, John G. |
| **Subject:** | RE: Meeting with TCPM and RI Division |

Redacted - confidential proposed term.

We have heard from Mike Hachey today, and he seems to be on board. He would like to

He is going to get back to us later today he said.

Tom