**Kavanah, Gloria**

**From:** Robinson, Thomas G.
**Sent:** Friday, April 29, 2005 3:28 PM
**To:** Olton, Laura; LaFleur, Cheryl A.; McLaren, Robert H.; Ryan, Michael; Reilly, Lawrence J.; Kavanah, Gloria; Sherman, John F.; Gavilondo, Carlos
**Cc:** Hager, Michael; Gerwatowski, Ronald T.
**Subject:** RE: Meeting with TCPM and RI Division; Agreement in principle with TransCanada

Mike Hager and I just got off the phone with Mike Hachey. We agreed to shorten the second look to June 1, 2006 and he agrred that we could go out any time durng the period befroe that date. He is in agreement. We are to write up the settlement and will present it Paul and Steve together, as well as the Commission. Tom