**Kavanah, Gloria**

**From:** Olton, Laura
**Sent:** Tuesday, May 03, 2005 12:28 PM
**To:** Hager, Michael; Gerwatowski, Ronald T.; Robinson, Thomas G.; Kavanah, Gloria; Sherman, John F.
**Subject:** FW: Standard Offer contracts

-----Original Message-----
From: steve scialabba [mailto:sscialabba@ripuc.state.ri.us]
Sent: Tuesday, May 03, 2005 12:10 PM
To: mike_hachey@transcanada.com
Cc: proberti@riag.state.ri.us; Olton, Laura; tom.robinson@us.ngrid.com
Subject: Standard Offer contracts

Mike,

As I mentioned in my earlier voicemail, in order for the Division to participate in a settled resolution to the standard offer contractual dispute between TransCanada Power and National Grid, modifications to the proposal outlined by Tom Robinson from NGrid would need to be made. Under the proposal made on 4/25, the two TransCanada contracts would be subject to release by Narragansett, following a bid process. As drafted on 4/25, TransCanada would receive fuel payments on the disputed contract from Narragansett effective 1/05, until released by Narragansett. As modified by the Division here, the Division would agree to support fuel payments on the disputed contract equivalent to 50% of the amount calculated utilizing the fuel provision of the undisputed contract.

If Narragansett does not find any bids acceptable, the fuel payments at the 50% level would cease (a specific date could be determined), and parties would then be free to pursue their claims under the manner stated in the contract.

Under this proposal, Transcanada would receive half the disputed fuel payments until such time as Narragansett bids out the load of the two contracts and makes a decision on the bids. If Narragansett accepts a bid, TransCanada is released and receives half the disputed fuel payments without having to litigate. If Narragansett does not accept a bid, fuel payments cease and TransCanada is then, from that point forward, free to pursue its rights under the contract and seek the relief and remedy it deems appropriate. Narragansett is also then free to do the same.

Regarding the timing of the bid(s) and release date(s), we would be willing to listen to proposals from TransCanada and Narragansett if you find the approach discussed above acceptable.

Steve Scialabba
Division of Public Utilities and Carriers