**Kavanah, Gloria**

**From:** Kavanah, Gloria
**Sent:** Tuesday, May 17, 2005 5:31 PM
**To:** Sherman, John F.; Robinson, Thomas G.; Gerwatowski, Ronald T.; Hager, Michael; McLaren, Robert H.; Larry Reilly-home (ljreilly@att.net); Tervo, Judith A.; Reilly, Lawrence J.; Olton, Laura
**Subject:** RE: TCPM

TCPM's counsel, Dan Winston left me a voice mail stating:

- They filed suit in Federal Court in Worcester.

- They filed the suit "for reasons regarding the forum."

- "Don't take it as an intent to increase the animus... it was just a forum thing."

- Reiterating that they still wanted to continue to pursue the course were on. Presumably, he means settlement negotiations.

I left him a responsive v-mail requesting a copy of the complaint (which he they will probably serve Narragansett on Wednesday.)