UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE NARRAGANSETT ELECTRIC COMPANY, Plaintiff,

v.

TRANSCANADA POWER MARKETING LTD., Defendant.

C.A. No. 05-234S

**Special Attention Requested**
**D.R.I. Loc. R. 11(c)**

FILED SEP 06 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL AFFIDAVIT

Plaintiff, The Narragansett Electric Company ("Narragansett"), hereby moves for leave to file a supplemental affidavit in support of its opposition to the motion to dismiss, stay, or transfer of Defendant, TransCanada Power Marketing Ltd. Specifically, Narragansett moves to file the Supplemental Affidavit of Michael J. Hager. In support of its motion, Narragansett relies on the memorandum of law and exhibit submitted herewith.

THE NARRAGANSETT ELECTRIC COMPANY

By its Attorney,

Granted
WMM, USDJ
9/8/05

Gerald J. Petros, Esq. (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: September 6, 2005.