# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA:05-234S** **September 9, 2005**

**TITLE: NARRAGANSETT ELECTRIC V. TRANSCANADA POWER**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 10:30 A.M. - 11:41 A.M.**

---

**COUNSEL PRESENT:** **Plaintiff - Gerald J. Petros, Esquire**
**Defendant - Daniel Winston, Esquire**
**Kristin E. Rodgers, Esquire**

**RE: Defendant's Motion to Dismiss or in the Alternative, to Stay the Action or Transfer Venue to the District of Massachusetts**

**Proceedings: All counsel of record present. Arguments heard. Parties to file an affidavit or stipulation within two (2) weeks to the Court.**