UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-234-S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | **Special Attention Requested**<br>**D.R.I. Loc. R. 11(c)** |

MOTION FOR LEAVE TO SUPPLEMENT RECORD WITH COPY OF MOTION TO ENJOIN IN RELATED MASSACHUSETTS ACTION AND TO EXCEED PAGE LIMITS

TransCanada Power Marketing Ltd. ("TransCanada") respectfully requests leave to file, for the Court's reference, a copy of (i) TransCanada's Motion to Enjoin Narragansett Electric Company From Prosecuting Duplicative Second-Filed Action in Rhode Island (the "Motion to Enjoin"), and (ii) its supporting Memorandum of Law and accompanying Affidavit of Wendy Plotkin ("Memorandum to Enjoin"). TransCanada also seeks permission to file such documents in excess of the page limits set forth in Amended General Order # 2002-01.

In support of this Motion, TransCanada relies on the accompanying memorandum of law.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Respectfully submitted,

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 20, 2005

*Pro Hac Vice Counsel*
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000
(617) 248 4000 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2005 a copy of Defendant's Motion for Leave was duly served upon the following counsel of record for plaintiff, by hand:

Gerald J. Petros, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-234-S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | **Special Attention Requested**<br>**D.R.I. Loc. R. 11(c)** |

MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO SUPPLEMENT RECORD
WITH COPY OF MOTION TO ENJOIN IN RELATED MASSACHUSETTS ACTION AND
TO EXCEED PAGE LIMITS

TransCanada Power Marketing Ltd. ("TransCanada") submits the within Memorandum in support of its requests for leave to file, for the Court's reference, a copy of (i) TransCanada's Motion to Enjoin Narragansett Electric Company From Prosecuting Duplicative Second-Filed Action in Rhode Island (the "Motion to Enjoin"), and (ii) its supporting Memorandum of Law and accompanying Affidavit of Wendy Plotkin ("Memorandum to Enjoin"). The within Memorandum is also submitted in support of TransCanada's request for leave to exceed the page limits set forth in Amended General Order # 2002-01 by the filing of such pleadings filed in the United States District Court for the District of Massachusetts.

TransCanada filed the Motion to Enjoin in the United States District Court for the District of Massachusetts, in Civil Action No. 05-40076FDS (the "Massachusetts Action"), on September 16, 2005. TransCanada's Motion to Enjoin asks the Massachusetts District Court to enjoin Narragansett Electric Company ("Narragansett") from further prosecuting this action in view of the prior-filed Massachusetts Action. TransCanada's Motion to Dismiss, Stay or Transfer this Rhode Island Action (the "Motion to Dismiss") is also currently pending before this

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Court. A hearing occurred on TransCanada's Motion to Dismiss this action on September 9, 2005, and at the hearing this Court asked the parties to provide certain supplementary stipulations by September 23, 2005.

TransCanada has not previously filed a Motion to Enjoin in the Massachusetts Action, because Narragansett has not contested jurisdiction in Massachusetts and instead has allowed the Massachusetts Action to proceed. In addition, TransCanada believes it is well settled that, in the event of duplicative litigation in different forums, the Court which receives the first-filed action (here the Massachusetts District Court) is to be the Court which decides which of the two parallel actions should proceed. (*See, e.g.*, Memorandum of Law, at pages 8-9.) At the September 9 hearing on TransCanada's Motion to Dismiss, however, Narragansett argued that the rule mandating that the first-filed court should decide the forum applies only if a motion concerning the forum issue is also pending before the first-filed court. The Court also discussed whether a motion might be required in the first-filed court. TransCanada believes, as it stated at the September 9 hearing, that the second-filed court (here this Court) must defer the forum decision to the first-filed court (the Massachusetts Court) regardless of whether a motion is pending in Massachusetts. Nevertheless, in view of the discussion at the September 9 hearing, TransCanada has filed the enclosed Motion to Enjoin in Massachusetts to moot the issue and to bring the forum issue squarely before the Massachusetts Court.

TransCanada respectfully requests that it be permitted to file a copy of the Motion to Enjoin, accompanying memoranda and affidavit for this Court's reference, in excess of the page limits set forth in Amended General Order #2002-01, and in further support of its Motion to Dismiss this action.

Respectfully submitted,

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 20, 2005

*Pro Hac Vice Counsel*
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000
(617) 248 4000 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2005 a copy of Memorandum in Support of Motion for Leave was duly served upon the following counsel of record for plaintiff, by hand:

Gerald J. Petros, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903