UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-234-S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | **Special Attention Requested**<br>**D.R.I. Loc. R. 11(c)** |

<u>MOTION FOR LEAVE TO SUPPLEMENT RECORD WITH COPY OF MOTION TO ENJOIN IN RELATED MASSACHUSETTS ACTION AND TO EXCEED PAGE LIMITS</u>

TransCanada Power Marketing Ltd. ("TransCanada") respectfully requests leave to file, for the Court's reference, a copy of (i) TransCanada's Motion to Enjoin Narragansett Electric Company From Prosecuting Duplicative Second-Filed Action in Rhode Island (the "Motion to Enjoin"), and (ii) its supporting Memorandum of Law and accompanying Affidavit of Wendy Plotkin ("Memorandum to Enjoin"). TransCanada also seeks permission to file such documents in excess of the page limits set forth in Amended General Order # 2002-01.

In support of this Motion, TransCanada relies on the accompanying memorandum of law.

GRANTED
WES
William E. Smith
U.S. District Judge
9/22/05

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
0 EXCHANGE TERRACE
OVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542