UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCANADA POWER MARKETING LTD.,<br><br>Defendant. | C.A. No. 05-234-S<br><br>**Special Attention Requested**<br>**D.R.I. Loc. R. 11(c)** |

**DEFENDANT TRANSCANADA POWER MARKETING LTD.'S UNOPPOSED MOTION FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01 TO EXCEED PAGE LIMITATIONS**

Defendant, TransCanada Power Marketing Ltd. ("TransCanada"), hereby moves for leave to file an Affidavit and exhibits in response to Plaintiff's Supplemental Affidavit of Michael J. Hager dated September 2, 2005, that exceed the page limitations set forth in Amended General Order #2002-01. TransCanada's counsel has informed Plaintiff's counsel of this request to exceed page limits and Plaintiff has no objection.

TRANSCANADA POWER MARKETING LTD.,

By its attorneys,

Kristin E. Rodgers #4842
Mary C. Dunn #6712
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Daniel C. Winston (*pro hac vice*)
Wendy S. Plotkin (*pro hac vice*)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 23rd day of September, 2005, I caused a true copy of the within Motion to be sent via hand delivery to Gerald J. Petros, Esq., Hinckley Allen & Snyder, 1500 Fleet, Providence, RI 02903.

Linda A. Spirik