UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>TRANSCANADA POWER MARKETING LTD.,<br>Defendant. | CA No. 05-234 |

**AFFIDAVIT OF DANIEL C. WINSTON**

I, Daniel C. Winston, hereby depose and state as follows:

1. I am an attorney and partner with the law firm of Choate, Hall & Stewart. Choate, Hall & Stewart represents TransCanada Power Marketing Ltd. in this matter. I make this affidavit to describe certain events leading up to this litigation that I have personal knowledge of.

2. In early April, 2005, inside counsel for Narragansett, Gloria Kavanah, and myself attempted to negotiate terms for an expedited arbitration, including its schedule. During those discussions, Ms. Kavanah suggested that the protest payments should relieve some of the urgency in TransCanada's proposed arbitration schedule. In response, I indicated that, while the protest payments alleviated some of the pressure, the protest payments remained in dispute and were not guaranteed in the future. I insisted then, and at all times (and as set forth in our email correspondence), that arbitration was an option only if it could be accomplished on an expedited basis and only if all arbitration terms could be agreed upon.

3. On April 20, 2005, Ms. Kavanah called shortly after I sent her an email inquiring about the last arbitration proposal. During this phone call, she stated that the matter had now gone to the highest levels at National Grid; that Narragansett was no longer sure it wanted to arbitrate at all; and that at that point Narragansett wanted to talk settlement and was not willing to respond to TransCanada's last arbitration proposal. She instead proposed settlement meetings on April 22 and on April 25, 2005, the second meeting to include the Rhode Island Division. We agreed to these meetings and to defer further discussion about the proposed arbitration agreement and Narragansett's objections only until Tuesday, April 26, 2005.

4. On May 17, 2005 I left a voice message for Kavanah stating that I was calling as a courtesy to let her know that TransCanada had filed suit in Worcester Federal Court; that Narragansett would be served in Rhode Island in the next few days; that TransCanada had filed suit because at that point it wanted the matter resolved by a Court; and that, having chosen to file suit, it decided to file the suit in Massachusetts as its preferred forum. I also stated that our previous negotiations had been cordial; that the filing of the suit did not reflect an intent to increase the animus; and that I hoped that the parties could continue the pleasant tone of their previous conversations. I then reiterated certain parts of my message in roughly the same words. I did not mention settlement or continuing settlement talks. Kavanah then called back and asked for a copy of the Complaint, and I emailed her a copy.

5. On May 26, 2005, Kavanah called me. She stated "right back at 'atcha'," and that Narragansett had filed suit in Rhode Island. She said that Narragansett's filing of the Rhode Island Complaint did not mean that Narragansett did not want to settle, but that Narragansett just "wanted to preserve their rights" in Rhode Island.

Signed under the pains and penalties of perjury this 23d day of September, 2005.

Daniel C. Winston

Commission Expires on May 29, 2009