UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-234-S |
| TRANSCANADA POWER MARKETING LTD.<br>Defendant. | : | |

SUPPLEMENT TO RECORD
WITH COPY OF MOTION TO ENJOIN IN RELATED MASSACHUSETTS ACTION

Pursuant to an Order entered by this Court on September 21, 2005, TransCanada Power Marketing Ltd. ("TransCanada") submits the following copies of filings in a related Massachusetts action captioned TransCanada Power Marketing, Ltd. v. Narragansett Electric Company, C.A. No. 05-40076FDS, for this Court's reference: (i) TransCanada's Motion to Enjoin Narragansett Electric Company From Prosecuting Duplicative Second-Filed Action in Rhode Island (Exhibit A); (ii) its supporting Memorandum of Law (Exhibit B); and (iii) Affidavit of Wendy Plotkin (Exhibit C).

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Respectfully submitted,

TRANSCANADA POWER MARKETING, LTD.

By its Attorneys,

Kristin E. Rodgers #4842
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 30, 2005

*Pro Hac Vice Counsel*
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000
(617) 248 4000 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2005 a copy of Supplement to Record was duly served upon the following counsel of record for plaintiff, by hand:

Gerald J. Petros, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903