UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| The Narragansett Electric Company,<br><br>Plaintiff,<br><br>v.<br><br>Transcanada Power Marketing, Ltd.,<br><br>Defendant. | C.A. No. 05-234S |

**ORDER**

The District Court in Massachusetts has ruled that this matter should proceed in that court, as the first-filed forum, TransCanada Power Mktg., Ltd. v. The Narragansett Elec. Co., Civil Action No. 05-40076-FDS (D. Mass. Nov. 18, 2005). The stay issued by this Court on October 5, 2005, is therefore lifted and this matter is dismissed.

ENTER:

Deputy Clerk

IT IS SO ORDERED.

William E. Smith
United States District Judge
Date: 11/28/05